Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Marckia L. Hayes, Esq.
Nevada Bar No. 14539
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
mhayes@bhfs.com

*Attorneys for Clark County Collection Service, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LAUER,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC,<br><br>    Defendant. | Case No.: 2:20-cv-00569-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

20489687

1

## STIPULATION

Plaintiff Robert Lauer and Defendant Clark County Collection Service, LLC, incorrectly sued as "Clark County Collections Services, LLC," hereby stipulated and agree to dismiss the above-entitled action with prejudice, with each party to bear its or his own attorney's fees and costs of suit.

DATED this 10th day of April, 2020.                    DATED this 10th day of April, 2020.

/s/ Robert Lauer                                                       /s/ Patrick J. Reilly
Robert Lauer                                                            Patrick J. Reilly
850 Desert Inn                                                          Marckia L. Hayes
PH#3                                                                          BROWNSTEIN HYATT FARBER
Las Vegas, Nevada 89109                                     SCHRECK, LLP
                                                                                   100 North City Parkway, Suite 1600
*Plaintiff in proper person*                                  Las Vegas, NV  89106-4614

*Attorneys for Clark County Collection Service, LLC*

## ORDER

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
United States District Court

Dated this __13__ day of April, 2020.

20489687

2